IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LEGGETT & PLATT, INC., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 03-05143-CV-W-REL |
| WAYNE AARON, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is a stipulation of dismissal, filed by plaintiff and signed by attorneys for both parties. Federal Rule of Civil Procedure 41(a)(1)(ii) provides that parties may dismiss an action, without order of the court, "by filing a stipulation of dismissal signed by all parties who have appeared in the action." The stipulation of dismissal was signed by all parties, and it specifies that the dismissal is with prejudice, each part to bear its own costs. The parties seek an order, additionally, that venue and exclusive personal and subject matter jurisdiction related to enforcement of the settlement agreement shall lie in this court. That is a matter for future courts to decide based on the contractual agreements, including the settlement agreement, between the parties, and the *res judicata* effect of any orders of this court. The issue of jurisdiction over a case not yet filed is not ripe for determination. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the stipulation of dismissal filed by defendant, it is

ORDERED that this case is dismissed with prejudice.

/s/Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri

July 19, 2005